UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>       Plaintiff,<br><br>v.<br><br>JUSTIN SUN, TRON FOUNDATION LIMITED, BITTORRENT FOUNDATION LTD., RAINBERRY, INC., AUSTIN MAHONE, and DEANDRE CORTEZ WAY,<br><br>       Defendants. | Case No. 1:23-cv-02433 |

# DECLARATION OF TIMOTHY K. HALLORAN

I, Timothy K. Halloran, pursuant to 28 U.S.C. § 1746, declare the following:

1. I am a Senior Trial Counsel at the Securities and Exchange Commission.

2. I am a member in good standing of the bars of the District of Columbia and the Commonwealth of Virginia. Attached are certificates of good standing from those jurisdictions.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

5. There are no pending disciplinary proceedings against me in any state or federal court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 22, 2023　　　　　/s/ Timothy K. Halloran
Washington, D.C.　　　　　　　　　　Timothy K. Halloran