## Return of Service

**UNITED STATES DISTRICT COURT**
Southern District of New York

Securities and Exchange Commission
   Plaintiff

Case Number: 1:23-cv-02433

vs.

Justin Sun; et al.
   Defendant

On behalf of:
U.S. Securities and Exchange Commission
100 F St NE
Washington, DC 20549

Received by Cavalier to be served on DeAndre Cortez Way at 3356 Adamsville Ave, Calabasas, CA 91302.

I, Anaquad Cobe, being duly sworn, depose and say that on April 18, 2023 at or about 4:50 PM I served Summons & Complaint by posting at the front door or at such other place as appears to be the main entrance to the residence at 3356 Adamsville Ave, Calabasas, CA 91302, being unable to make personal or substitute service. Upon information and belief, 3356 Adamsville Ave, Calabasas, CA 91302 is the usual place of abode for DeAndre Cortez Way.

Fed. R. Civ. Proc. 4(e)(1) specifies in relevant part that service may be made by "following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located." Therefore, service was made in accordance with NY CPLR §308.4 by "affixing the papers to the door of the...dwelling place or usual place of abode within the state of the person to be served, and...mailing the papers to the person to be served to his or her last known residence." I certify that on April 19, 2023, the aforementioned documents were mailed to DeAndre Cortez Way at the aforementioned address in an envelope bearing the legend "personal and confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against DeAndre Cortez Way.

I am a natural person over the age of eighteen and am not a party or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.

_____  04.19.2023
Anaquad Cobe                             Date
Cavalier CRS
823-C S. King St.
Leesburg, VA 20175
Our Job Number: 2023-108690
Reference: 23-ENF-080