

WongPartnership LLP
12 Marina Boulevard Level 28
Marina Bay Financial Centre Tower 3
Singapore 018982

T +65 6416 8000

wongpartnership.com

ASEAN | CHINA | MIDDLE EAST

Date: 2 May 2023

**BitTorrent Foundation Ltd**
CES Centre
171 Chin Swee Road, #04-04
Singapore 169877

Attention: (1) JIANG YIYING / (2) KELVIN KOH KWANG MIN / (3) SIMON SOH ZHAO KUN / (4) CHAN SUH SHING

FROM
KSY/HLMS/20210719

f:+65 6532 5722
*Not for service of court documents*
*Not for urgent correspondence*

d:+65 6416 6876 / 6517 3756

e:sweeyen.koh@wongpartnership.com
hannah.lee@wongpartnership.com

**BY HAND**

**FOR YOUR IMMEDIATE ATTENTION**

Dear Sir,

**CASE NO: 1:23-cv-02433-ER ("CASE")**
**PLAINTIFF: SECURITIES AND EXCHANGE COMMISSION ("SEC")**
**DEFENDANTS: (1) JUSTIN SUN; (2) TRON FOUDATION LIMITED; (3) BITTORRENT FOUNDATION LTD; (4) RAINBERRY, INC; (5) AUSTIN MAHONE; (6) DEANDRE CORTEZ WAY**

1. We refer to the above-captioned matter.

2. By way of service, please find enclosed under cover of this letter (1) the Complaint for the Case filed by the SEC in the United States District Court for the Southern District of New York ("**USDC**") on 22 March 2023, and (2) the Summons for the Case filed by the SEC in the USDC on 12 April 2023.

3. Please acknowledge receipt.

Yours faithfully

*WongPartnership*

**WONGPARTNERSHIP LLP**

Encs.

RECEIVED the original of this letter with enclosures, if any

Firm / Company Stamp
DATE: 2 May 2023
TIME: 3pm

WongPartnership LLP (UEN: T08LL0003B) is a limited liability law partnership registered in Singapore under the Limited Liability Partnerships Act 2005.

V20230118

**WPG** / a regional law network

Case 1:23-cv-02433-ER   Document 13   Filed 04/12/23   Page 2 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-02433 (ER)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* BITTORENT FOUNDATION LTD
was received by me on *(date)* 2ND MAY 2023.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* CHAN CUH SHING, who is designated by law to accept service of process on behalf of *(name of organization)* BITTORENT FOUNDATION LTD (191 CHAN'SWEE ROAD CBS CENTRAL #04 SINGAPORE 169877) on *(date)* 2ND MAY 2023 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 5/= for travel and $ — for services, for a total of $ 5/=

I declare under penalty of perjury that this information is true.

Date: 2ND MAY 23

Server's signature

ASHIM RIDWAN / COURT CLERK
Printed name and title

WONG PARTNERSHIP
12 MARINA BOULEVARD LEVEL 28 MBFC TWR 3
SINGAPORE 018982
Server's address

Additional information regarding attempted service, etc:

**PERSONAL SERVICE (SUCCESSFUL)**

I, AZHAR BIN RIDWAN, clerk to WongPartnership LLP did on TUESDAY the 2ND day of MAY 20 23 at 3:00 a.m./p.m. serve a copy of the SUMMONS + COMPLAINT on BITTORRENT FOUNDATION LTD the abovenamed _____ Defendant/Judgment Debtor Respondent who identified himself/herself to me at the following address: 171 CHIN SWEE ROAD CBS CENTRE #04-04 SINGAPORE 169877

✱ RECEIVED BY: CHAN SUH SHING

2/5/23
Date

Signature of clerk