UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br><br>  v.<br><br>JUSTIN SUN, TRON FOUNDATION LIMITED, BITTORRENT FOUNDATION LTD., RAINBERRY, INC., AUSTIN MAHONE, and DEANDRE CORTEZ WAY,<br><br>  Defendants. | Case No.  23-2433<br><br>**RULE 7.1 DISCLOSURE** |

Pursuant to Federal Rule of Civil Procedure 7.1, defendants BitTorrent Foundation Ltd. and Rainberry, Inc, by and through counsel, state that neither entity has a parent corporation or a publicly held corporation owning 10% or more of the entity's stock.

Dated: May 18, 2023　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　FENWICK & WEST LLP

　　　　　　　　　　　　　　　　　　By:　*/s/Dean S. Kristy*
　　　　　　　　　　　　　　　　　　　　Dean S. Kristy (NY Bar # 1945658)
　　　　　　　　　　　　　　　　　　　　Michael S. Dicke (Calif. Bar # 158187)
　　　　　　　　　　　　　　　　　　　　(*pro hac vice* forthcoming)
　　　　　　　　　　　　　　　　　　　　Catherine Kevane (Calif. Bar # 215501)
　　　　　　　　　　　　　　　　　　　　(*pro hac vice* forthcoming)
　　　　　　　　　　　　　　　　　　　　Jennifer C. Bretan (Calif. Bar # 233475)
　　　　　　　　　　　　　　　　　　　　(*pro hac vice* forthcoming)
　　　　　　　　　　　　　　　　　　　　Casey O'Neill (NY Bar # 4715363)
　　　　　　　　　　　　　　　　　　　　**FENWICK & WEST LLP**
　　　　　　　　　　　　　　　　　　　　555 California Street, 12th Floor
　　　　　　　　　　　　　　　　　　　　San Francisco, CA  94104
　　　　　　　　　　　　　　　　　　　　Telephone: 415.875.2300
　　　　　　　　　　　　　　　　　　　　Facsimile: 415.281.1350
　　　　　　　　　　　　　　　　　　　　Email: dkristy@fenwick.com
　　　　　　　　　　　　　　　　　　　　Email: mdicke@fenwick.com
　　　　　　　　　　　　　　　　　　　　Email: ckevane@fenwick.com
　　　　　　　　　　　　　　　　　　　　Email: jbretan@fenwick.com
　　　　　　　　　　　　　　　　　　　　Email: coneill@fenwick.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for BitTorrent Foundation Ltd. and Rainberry, Inc.*