# LANKLER SIFFERT & WOHL LLP

1185 AVENUE OF THE AMERICAS
NEW YORK, N.Y. 10036
+1.212.921.8399 | WWW.LSWLAW.COM

**MEMO ENDORSED**

June 9, 2023

BY ECF

Honorable Edgardo Ramos
United States District Court Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

> Defendant Austin Mahone's request for an extension of time to respond to the complaint, until August 14, 2023, is granted. SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: June 12, 2023
> New York, New York

Re: *Securities & Exchange Commission v. Sun, et al.*, Case No. 23 Civ. 2433

Dear Judge Ramos:

    We represent defendant Austin Mahone in the above-captioned case. The current deadline for Mr. Mahone to answer or otherwise respond to the complaint is June 13, 2023. We write to respectfully request an extension of the deadline to August 14, 2023.

    This is the first request to extend time for Mr. Mahone to respond to the complaint. The purpose of the requested extension is to allow the parties to continue their ongoing efforts to resolve this matter. The SEC consents to the requested extension.

Respectfully Submitted,

/s/ Charles T. Spada
Charles T. Spada

cc: All Counsel of Record (by ECF)