UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff(s),

- against -

JUSTIN SUN, et al.

                Defendant(s),
-------------------------------------------------------------X

23 Civ. 2433 (ER)

**CLERK'S CERTIFICATE OF DEFAULT**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on March 22, 2023 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) DeAndre Cortez Way by personally serving DeAndre Cortez Way by mailing and posting to the front door of his residence, and proof of service was therefore filed on April 20, 2023, Doc. #(s) 16.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: New York, New York

      August 17, 2023

                                                                 RUBY J. KRAJICK
                                                                 Clerk of Court

                                                        By: _____
                                                                  Deputy Clerk