UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JUSTIN SUN, TRON FOUNDATION LIMITED, BITTORRENT FOUNDATION LTD., RAINBERRY, INC., AUSTIN MAHONE, and DEANDRE CORTEZ WAY,<br><br>　　　　　　　　Defendant. | Case No.  1:23-cv-02433<br><br>**UPDATED NOTICE OF APPEARANCE OF DEAN S. KRISTY** |

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice that Dean Kristy of Fenwick & West LLP is admitted to practice in this Court and hereby submits this updated notice of appearance of counsel for defendants Justin Sun, Tron Foundation Limited, BitTorrent Foundation Ltd., and Rainberry, Inc.

For purposes of receipt of notice of electronic filing, counsel's email address is as follows:

　　Dean S. Kristy:　　　dkristy@fenwick.com; sgray@fenwick.com

For other purposes, contact information for counsel is set forth below.  Defendants Justin Sun, Tron Foundation Limited, BitTorrent Foundation Ltd., and Rainberry, Inc. request that Mr. Kristy be included on the Court's and parties' services lists.

| | |
|---|---|
| Dated: February 14, 2024 | Respectfully submitted,<br><br>FENWICK & WEST LLP<br><br>By:   /s/Dean S. Kristy<br>　　　Dean S. Kristy (NY Bar No. 1945658)<br>　　　Michael S. Dicke (CSB No. 158187)<br>　　　(*pro hac vice* forthcoming)<br>　　　Jennifer Bretan (CSB No. 233475)<br>　　　(*pro hac vice* forthcoming)<br>　　　Casey O'Neill (NY Bar No. 4715363)<br>　　　555 California Street, 12th Floor<br>　　　San Francisco, CA  94104<br>　　　Telephone:    415.875.2300<br>　　　Facsimile:     415.281.1350<br>　　　Email: dkristy@fenwick.com<br>　　　Email: mdicke@fenwick.com<br>　　　Email: jbretan@fenwick.com<br>　　　Email: coneill@fenwick.com<br><br>*Attorneys for Defendants Justin Sun, Tron Foundation Limited, BitTorrent Foundation Ltd., and Rainberry, Inc.* |