

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
100 F Street, NE
Washington, DC 20549

DIVISION OF
ENFORCEMENT

Timothy K. Halloran
Senior Trial Counsel
Tel: 202-551-4414
Email: hallorant@sec.gov

March 1, 2024

**VIA ECF**

The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    Re:    *SEC v. Sun, et al.*, Case No. 1:23-cv-02433-ER (S.D.N.Y.)

Dear Judge Ramos:

    Plaintiff Securities and Exchange Commission ("SEC"), pursuant to Individual Practice Rule 1.E., respectfully requests that the pre-motion conference currently scheduled for March 7, 2024, be adjourned until any day on or after March 11, 2024.  The SEC has not previously requested to adjourn this pre-motion conference.  The reason for this request is that undersigned counsel has a family obligation that will require him to be out of town and away from his office from March 6 through March 8.  This short adjournment, if granted, will not affect any other deadlines in this case.  Counsel for Defendants consent to this request.

        Respectfully submitted,

        /s/ Timothy K. Halloran
        Timothy K. Halloran

cc:    Counsel of Record (via ECF)