UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 1:23-cv-02433 |
| Plaintiff, | Hon. Edgardo Ramos |
| v. | |
| JUSTIN SUN, TRON FOUNDATION LIMITED, BITTORRENT FOUNDATION LTD., RAINBERRY, INC., AUSTIN MAHONE, and DEANDRE CORTEZ WAY, | |
| Defendants. | |

**TRON FOUNDATION LIMITED, BITTORRENT FOUNDATION LTD., JUSTIN SUN, AND RAINBERRY, INC.'S
<u>NOTICE OF MOTION TO DISMISS AMENDED COMPLAINT</u>**

PLEASE TAKE NOTICE that Defendants Tron Foundation Limited, BitTorrent Foundation Ltd., Justin Sun, and Rainberry, Inc., on a date and at a time designated by the Court, before the Honorable Edgardo Ramos, United States District Judge, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, pursuant to Federal Rule of Civil Procedure 12(b)(2) and 12(b)(6), will move this Court for an Order dismissing the Amended Complaint in its entirety and with prejudice, and granting such other and further relief as this Court may deem just and proper (the "Motion"). The Motion will be based upon Defendants' Memorandum of Law in Support of Motion to Dismiss Amended Complaint, submitted concurrently herewith; the Declaration of Jennifer C. Bretan, dated May 30, 2024, and exhibits thereto; and upon all prior pleadings and records on file in this action.

| | |
|---|---|
| Dated: May 30, 2024 | Respectfully submitted,<br><br>FENWICK & WEST LLP<br><br>By:   */s/ Jennifer C. Bretan*<br><br>Dean S. Kristy<br>Michael S. Dicke (*admitted pro hac vice*)<br>Jennifer C. Bretan (*admitted pro hac vice*)<br>Casey O'Neill<br>555 California Street, 12th Floor<br>San Francisco, CA  94104<br>Telephone: 415.875.2300<br>Facsimile: 415.281.1350<br>dkristy@fenwick.com<br>jbretan@fenwick.com<br>mdicke@fenwick.com<br>coneill@fenwick.com<br><br>Rebecca Matsumura (*admitted pro hac vice*)<br>401 Union Street, 5th Floor<br>Seattle, WA 98101<br>Telephone:  206.389.4510<br>Facsimile:  206.389.4511<br>rmatsumura@fenwick.com<br><br>*Attorneys for Tron Foundation Limited, BitTorrent Foundation Ltd., Justin Sun, and Rainberry, Inc.* |