UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JUSTIN SUN, TRON FOUNDATION LIMITED, BITTORRENT FOUNDATION LTD., RAINBERRY, INC., AUSTIN MAHONE, and DEANDRE CORTEZ WAY,<br><br>Defendants. | Case No. 1:23-cv-02433<br><br>Hon. Edgardo Ramos |

**DECLARATION OF JENNIFER C. BRETAN IN SUPPORT OF
TRON FOUNDATION LIMITED, BITTORRENT FOUNDATION LTD., JUSTIN SUN,
AND RAINBERRY, INC.'S MOTION TO DISMISS AMENDED COMPLAINT**

I, Jennifer C. Bretan, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1. I am admitted *pro hac vice* to this Court, and am a partner at Fenwick & West LLP, counsel for Tron Foundation Limited, BitTorrent Foundation Ltd., Justin Sun, and Rainberry, Inc. (together, "Defendants").

2. I submit this declaration in support of Defendants' Motion to Dismiss Amended Complaint (the "Motion") and to transmit to the Court true and correct copies of the following documents referenced in the Memorandum of Law submitted in support of the Motion:

| EXHIBIT | DESCRIPTION[1] |
|---|---|
| 1 | CoinGecko, TRON USD Historical Data, *available at* https://www.coingecko.com/en/coins/tron/historical_data?start=2018-04-18&end=2019-02-11 (last accessed Mar. 26, 2024). The sum of all amounts in the "Volume" column of Exhibit 1, for the period April 18, 2018 to February 11, 2019 alleged in the Amended Complaint at ¶ 179, is $65,860,717,207. Data specific to trading on October 1 and October 7, 2018, the dates discussed at ¶¶ 180, 182 of the Amended Complaint, has been highlighted for the Court's |

---

[1] References to "¶" are to the paragraphs in the Amended Complaint (ECF No. 59).

| EXHIBIT | DESCRIPTION[1] |
|---|---|
|  | convenience. |
| 2 | CoinGecko, Bitcoin USD Historical Data, *available at* https://www.coingecko.com/en/coins/bitcoin/historical_data?start=2018-10-01&end=2018-10-01 (last accessed Mar. 26, 2024). |
| 3 | CoinGecko, Tether USD Historical Data, *available at* https://www.coingecko.com/en/coins/tether/historical_data?start=2018-10-01&end=2018-10-01 (last accessed Mar. 26, 2024). |
| 4 | TRON Whitepaper, Version 1.7 cited in the Amended Complaint at ¶¶ 29-37. |
| 5 | IntoTheBlock, Tron Transaction Stats, *available at* https://app.intotheblock.com/coin/TRX/deep-dive?group=network&chart=transactions (last accessed May 29, 2024), with relevant data highlighted for the Court's convenience. |
| 6 | The article TRON DAO, "4 Reasons to Invest in Tron, Before the Main Net Launch," *Medium* (Mar. 7, 2018), cited in the Amended Complaint at ¶ 41. |
| 7 | Archive of http://tronlab.com as that site appeared on Sept. 1, 2017, *available at* https://web.archive.org/web/20170901043100/http:/tronlab.com/ (last accessed Mar. 28, 2024). |
| 8 | The @BittrexExchange Tweet (Mar. 1, 2018), cited in the Amended Complaint at ¶ 40. |
| 9 | TRON DAO, "92424664154.355837 TRX ERC20tokens were burnt by TRON Foundation," *Medium* (Jul. 17, 2018), *available at* https://medium.com/tron-foundation/92424664154-355837-trx-erc20-tokens-were-burnt-by-tron-foundation-34726be92a83 (last accessed Mar. 24, 2024). |
| 10 | The @justinsuntron Tweet (Jun. 26, 2018) cited in the Amended Complaint at ¶ 47. |
| 11 | The BitTorrent Token Whitepaper cited in Amended Complaint ¶¶ 79-81, 86. |
| 12 | The @justinsuntron Tweet (Feb. 15, 2021) cited in the Amended Complaint at ¶ 194. |

I declare under penalty of perjury under the laws of the United States that the foregoing statements are true and correct.

Executed this 30th day of May 2024, at Piedmont, California.

*/s/ Jennifer C. Bretan*
Jennifer C. Bretan