# Exhibit 1

 Now LIVE: **RWA Report 2024**    ✕

🦎 **CoinGecko**    Use App

🔍 **Search**

Market Cap: **$2.795T** ▲ 0.9%    24h Vol: **$126.39B**    Dominance: **BTC 49.6%  ETH 15.5%**    ♦ Gas: **24 GWE**

Cryptocurrencies  >  TRON Price  >  Historical Data

# TRON USD (Historical Data)

7d    14d    1m    3m    YTD    1y    📅

| Date | Market Cap | Volume | Open | Close |
|------|-----------|--------|------|-------|
| 2019-02-11 | $1,690,885,441 | $153,602,207 | $0.02583827 | $0.02462303 |
| 2019-02-10 | $1,721,543,135 | $130,695,560 | $0.02626380 | $0.02583827 |
| 2019-02-09 | $1,756,260,312 | $161,674,159 | $0.02679344 | $0.02626380 |
| 2019-02-08 | $1,682,195,529 | $95,131,747 | $0.02566351 | $0.02679344 |
| 2019-02-07 | $1,674,317,076 | $138,072,420 | $0.02553918 | $0.02566351 |
| 2019-02-06 | $1,714,563,445 | $164,338,580 | $0.02615732 | $0.02553918 |
| 2019-02-05 | $1,759,241,153 | $272,368,243 | $0.02688382 | $0.02615732 |
| 2019-02-04 | $1,664,172,473 | $102,542,205 | $0.02538855 | $0.02688382 |
| 2019-02-03 | $1,689,534,924 | $138,210,464 | $0.02591402 | $0.02538855 |
| 2019-02-02 | $1,718,374,799 | $189,367,356 | $0.02616859 | $0.02591402 |
| 2019-02-01 | $1,658,929,787 | $178,424,366 | $0.02530857 | $0.02616859 |
| 2019-01-31 | $1,775,617,009 | $188,530,547 | $0.02708875 | $0.02530857 |
| 2019-01-30 | $1,773,908,656 | $213,717,899 | $0.02705455 | $0.02708875 |
| 2019-01-29 | $1,747,612,162 | $423,976,622 | $0.02666151 | $0.02705455 |
| 2019-01-28 | $1,906,112,154 | $320,892,002 | $0.02909650 | $0.02666151 |

Case 1:23-cv-02433-ER        Document 63-1        Filed 05/30/24        Page 3 of 15

| | | | | |
|---|---|---|---|---|
| 2019-01-27 | $1,862,106,366 | $210,100,881 | $0.02840823 | $0.02909650 |
| 2019-01-26 | $1,738,012,759 | $126,142,869 | $0.02651506 | $0.02840823 |
| 2019-01-25 | $1,748,348,278 | $126,945,752 | $0.02666529 | $0.02651506 |
| 2019-01-24 | $1,716,280,909 | $156,475,317 | $0.02626554 | $0.02666529 |
| 2019-01-23 | $1,718,507,417 | $233,125,725 | $0.02622736 | $0.02626554 |
| 2019-01-22 | $1,654,286,771 | $191,499,431 | $0.02531190 | $0.02622736 |
| 2019-01-21 | $1,541,548,359 | $110,086,952 | $0.02353525 | $0.02531190 |
| 2019-01-20 | $1,587,423,513 | $129,121,232 | $0.02421556 | $0.02353525 |
| 2019-01-19 | $1,603,667,630 | $123,869,984 | $0.02445090 | $0.02421556 |
| 2019-01-18 | $1,637,600,515 | $174,124,147 | $0.02495172 | $0.02445090 |
| 2019-01-17 | $1,632,525,069 | $156,321,943 | $0.02488052 | $0.02495172 |
| 2019-01-16 | $1,598,024,281 | $243,037,256 | $0.02434521 | $0.02488052 |
| 2019-01-15 | $1,657,472,967 | $429,861,864 | $0.02527614 | $0.02434521 |
| 2019-01-14 | $1,377,692,063 | $170,981,558 | $0.02101802 | $0.02527614 |
| 2019-01-13 | $1,516,163,483 | $225,152,768 | $0.02313057 | $0.02101802 |
| 2019-01-12 | $1,624,693,230 | $349,294,042 | $0.02489188 | $0.02313057 |
| 2019-01-11 | $1,686,722,517 | $951,107,555 | $0.02563055 | $0.02489188 |
| 2019-01-10 | $1,829,467,003 | $281,404,960 | $0.02794722 | $0.02563055 |
| 2019-01-09 | $1,706,673,632 | $316,642,700 | $0.02601403 | $0.02794722 |
| 2019-01-08 | $1,517,013,597 | $149,237,016 | $0.02315427 | $0.02601403 |
| 2019-01-07 | $1,483,149,283 | $153,779,540 | $0.02264626 | $0.02315427 |
| 2019-01-06 | $1,441,708,602 | $213,737,819 | $0.02201007 | $0.02264626 |
| 2019-01-05 | $1,393,197,052 | $150,367,587 | $0.02125604 | $0.02201007 |
| 2019-01-04 | $1,294,662,582 | $91,321,531 | $0.01974792 | $0.02125604 |
| 2019-01-03 | $1,300,297,560 | $96,596,672 | $0.01983729 | $0.01974792 |
| 2019-01-02 | $1,264,376,446 | $72,101,065 | $0.01928385 | $0.01983729 |

| Date | | | | |
|---|---|---|---|---|
| 2019-01-01 | $1,219,908,618 | $66,923,561 | $0.01860530 | $0.01928385 |
| 2018-12-31 | $1,284,441,290 | $75,015,839 | $0.01960663 | $0.01860530 |
| 2018-12-30 | $1,305,954,532 | $90,996,003 | $0.01987736 | $0.01960663 |
| 2018-12-29 | $1,335,620,513 | $127,072,329 | $0.02037671 | $0.01987736 |
| 2018-12-28 | $1,194,905,410 | $94,695,558 | $0.01818151 | $0.02037671 |
| 2018-12-27 | $1,315,620,475 | $120,885,512 | $0.02008180 | $0.01818151 |
| 2018-12-26 | $1,275,141,927 | $129,356,801 | $0.01945778 | $0.02008180 |
| 2018-12-25 | $1,372,773,627 | $181,777,886 | $0.02086208 | $0.01945778 |
| 2018-12-24 | $1,348,940,353 | $126,044,805 | $0.02059355 | $0.02086208 |
| 2018-12-23 | $1,351,692,356 | $208,568,279 | $0.02064062 | $0.02059355 |
| 2018-12-22 | $1,297,603,435 | $308,092,634 | $0.01977170 | $0.02064062 |
| 2018-12-21 | $1,115,117,577 | $152,320,199 | $0.01708823 | $0.01977170 |
| 2018-12-20 | $1,017,768,970 | $152,702,286 | $0.01551115 | $0.01708823 |
| 2018-12-19 | $962,528,052 | $85,801,419 | $0.01463675 | $0.01551115 |
| 2018-12-18 | $925,399,405 | $77,676,344 | $0.01411196 | $0.01463675 |
| 2018-12-17 | $847,259,558 | $48,480,732 | $0.01294995 | $0.01411196 |
| 2018-12-16 | $833,295,419 | $41,299,462 | $0.01271099 | $0.01294995 |
| 2018-12-15 | $833,388,541 | $57,260,656 | $0.01271503 | $0.01271099 |
| 2018-12-14 | $849,916,729 | $83,174,235 | $0.01299318 | $0.01271503 |
| 2018-12-13 | $865,907,233 | $65,840,329 | $0.01322006 | $0.01299318 |
| 2018-12-12 | $868,903,713 | $67,115,273 | $0.01316314 | $0.01322006 |
| 2018-12-11 | $866,232,198 | $64,001,507 | $0.01309481 | $0.01316314 |
| 2018-12-10 | $887,068,640 | $63,293,906 | $0.01342822 | $0.01309481 |
| 2018-12-09 | $877,116,429 | $73,046,196 | $0.01326594 | $0.01342822 |
| 2018-12-08 | $858,833,713 | $103,486,392 | $0.01312988 | $0.01326594 |
| 2018-12-07 | $828,583,944 | $81,336,410 | $0.01271775 | $0.01312988 |

Case 1:23-cv-02433-ER          Document 63-1          Filed 05/30/24          Page 5 of 15

| 2018-12-06 | $916,436,237 | $73,288,444 | $0.01397954 | $0.01271775 |
| 2018-12-05 | $938,958,909 | $81,571,652 | $0.01434259 | $0.01397954 |
| 2018-12-04 | $908,127,013 | $77,228,503 | $0.01386601 | $0.01434259 |
| 2018-12-03 | $973,692,999 | $65,097,506 | $0.01488616 | $0.01386601 |
| 2018-12-02 | $996,749,132 | $91,996,320 | $0.01518317 | $0.01488616 |
| 2018-12-01 | $942,162,802 | $116,015,555 | $0.01438750 | $0.01518317 |
| 2018-11-30 | $1,032,836,730 | $193,441,961 | $0.01570934 | $0.01438750 |
| 2018-11-29 | $954,193,661 | $158,348,006 | $0.01459781 | $0.01570934 |
| 2018-11-28 | $786,976,427 | $58,141,491 | $0.01196036 | $0.01459781 |
| 2018-11-27 | $780,420,739 | $77,949,625 | $0.01181717 | $0.01196036 |
| 2018-11-26 | $816,236,121 | $85,669,644 | $0.01241216 | $0.01181717 |
| 2018-11-25 | $831,348,611 | $70,481,358 | $0.01264638 | $0.01241216 |
| 2018-11-24 | $906,371,860 | $65,116,710 | $0.01378679 | $0.01264638 |
| 2018-11-23 | $911,866,904 | $58,957,110 | $0.01376544 | $0.01378679 |
| 2018-11-22 | $973,811,293 | $108,507,269 | $0.01480277 | $0.01376544 |
| 2018-11-21 | $911,102,935 | $132,278,924 | $0.01400419 | $0.01480277 |
| 2018-11-20 | $1,042,497,550 | $115,257,364 | $0.01585688 | $0.01400419 |
| 2018-11-19 | $1,246,066,370 | $88,273,142 | $0.01894850 | $0.01585688 |
| 2018-11-18 | $1,248,282,682 | $64,480,449 | $0.01899790 | $0.01894850 |
| 2018-11-17 | $1,245,913,004 | $71,480,593 | $0.01900552 | $0.01899790 |
| 2018-11-16 | $1,265,312,425 | $112,493,526 | $0.01925577 | $0.01900552 |
| 2018-11-15 | $1,289,105,113 | $172,435,259 | $0.01972117 | $0.01925577 |
| 2018-11-14 | $1,454,937,843 | $114,645,074 | $0.02214473 | $0.01972117 |
| 2018-11-13 | $1,482,194,954 | $84,248,881 | $0.02255181 | $0.02214473 |
| 2018-11-12 | $1,506,487,292 | $66,781,064 | $0.02291709 | $0.02255181 |
| 2018-11-11 | $1,516,846,353 | $71,163,161 | $0.02305474 | $0.02291709 |

| | | | | |
|---|---|---|---|---|
| 2018-11-10 | $1,517,547,132 | $72,159,201 | $0.02306614 | $0.02305474 |
| 2018-11-09 | $1,530,190,198 | $103,321,246 | $0.02330948 | $0.02306614 |
| 2018-11-08 | $1,587,945,659 | $190,577,020 | $0.02415892 | $0.02330948 |
| 2018-11-07 | $1,610,459,792 | $136,945,218 | $0.02460684 | $0.02415892 |
| 2018-11-06 | $1,510,231,901 | $119,776,245 | $0.02361614 | $0.02460684 |
| 2018-11-05 | $1,521,090,715 | $116,804,495 | $0.02312806 | $0.02361614 |
| 2018-11-04 | $1,495,317,815 | $84,941,623 | $0.02272786 | $0.02312806 |
| 2018-11-03 | $1,509,733,452 | $99,063,423 | $0.02294810 | $0.02272786 |
| 2018-11-02 | $1,476,619,375 | $81,224,576 | $0.02239736 | $0.02294810 |
| 2018-11-01 | $1,474,002,806 | $47,516,077 | $0.02240406 | $0.02239736 |
| 2018-10-31 | $1,461,161,491 | $55,954,983 | $0.02221023 | $0.02240406 |
| 2018-10-30 | $1,455,813,925 | $100,705,641 | $0.02212571 | $0.02221023 |
| 2018-10-29 | $1,547,980,242 | $73,681,694 | $0.02356249 | $0.02212571 |
| 2018-10-28 | $1,541,058,009 | $90,582,182 | $0.02342483 | $0.02356249 |
| 2018-10-27 | $1,560,368,342 | $92,944,436 | $0.02374663 | $0.02342483 |
| 2018-10-26 | $1,527,774,203 | $76,857,280 | $0.02324335 | $0.02374663 |
| 2018-10-25 | $1,549,558,850 | $76,988,939 | $0.02357628 | $0.02324335 |
| 2018-10-24 | $1,550,291,114 | $98,169,585 | $0.02354283 | $0.02357628 |
| 2018-10-23 | $1,578,485,681 | $93,815,098 | $0.02397514 | $0.02354283 |
| 2018-10-22 | $1,606,016,300 | $108,777,928 | $0.02437634 | $0.02397514 |
| 2018-10-21 | $1,606,997,349 | $96,243,276 | $0.02438562 | $0.02437634 |
| 2018-10-20 | $1,598,577,634 | $95,276,604 | $0.02424971 | $0.02438562 |
| 2018-10-19 | $1,613,427,366 | $125,414,405 | $0.02448578 | $0.02424971 |
| 2018-10-18 | $1,624,929,339 | $122,375,598 | $0.02466740 | $0.02448578 |
| 2018-10-17 | $1,624,996,523 | $117,890,608 | $0.02467147 | $0.02466740 |
| 2018-10-16 | $1,669,936,064 | $236,379,490 | $0.02535682 | $0.02467147 |

| | | | | |
|---|---|---|---|---|
| 2018-10-15 | $1,571,206,017 | $158,993,248 | $0.02381716 | $0.02535682 |
| 2018-10-14 | $1,568,736,652 | $165,189,219 | $0.02381277 | $0.02381716 |
| 2018-10-13 | $1,512,588,538 | $210,683,080 | $0.02291422 | $0.02381277 |
| 2018-10-12 | $1,389,322,885 | $212,699,067 | $0.02108471 | $0.02291422 |
| 2018-10-11 | $1,671,349,061 | $173,717,639 | $0.02537189 | $0.02108471 |
| 2018-10-10 | $1,716,780,003 | $197,925,392 | $0.02605562 | $0.02537189 |
| 2018-10-09 | $1,754,075,920 | $322,535,850 | $0.02668406 | $0.02605562 |
| 2018-10-08 | $1,765,993,904 | $332,866,137 | $0.02685803 | $0.02668406 |
| 2018-10-07 | $1,561,212,566 | $174,293,595 | $0.02374778 | $0.02685803 |
| 2018-10-06 | $1,532,096,346 | $169,518,475 | $0.02330702 | $0.02374778 |
| 2018-10-05 | $1,501,659,371 | $181,976,814 | $0.02283842 | $0.02330702 |
| 2018-10-04 | $1,423,204,857 | $121,066,823 | $0.02162826 | $0.02283842 |
| 2018-10-03 | $1,447,475,718 | $117,381,871 | $0.02201555 | $0.02162826 |
| 2018-10-02 | $1,452,059,012 | $119,522,578 | $0.02208128 | $0.02201555 |
| 2018-10-01 | $1,457,076,025 | $126,179,237 | $0.02216093 | $0.02208128 |
| 2018-09-30 | $1,450,091,926 | $126,885,035 | $0.02206295 | $0.02216093 |
| 2018-09-29 | $1,442,740,819 | $121,875,211 | $0.02193477 | $0.02206295 |
| 2018-09-28 | $1,481,644,098 | $120,909,876 | $0.02252511 | $0.02193477 |
| 2018-09-27 | $1,378,532,898 | $95,321,434 | $0.02093354 | $0.02252511 |
| 2018-09-26 | $1,402,299,600 | $122,866,520 | $0.02128513 | $0.02093354 |
| 2018-09-25 | $1,453,872,139 | $108,527,698 | $0.02211363 | $0.02128513 |
| 2018-09-24 | $1,568,769,482 | $136,855,692 | $0.02385686 | $0.02211363 |
| 2018-09-23 | $1,534,748,279 | $164,203,399 | $0.02334285 | $0.02385686 |
| 2018-09-22 | $1,650,213,425 | $295,615,382 | $0.02509902 | $0.02334285 |
| 2018-09-21 | $1,402,506,689 | $140,398,942 | $0.02133151 | $0.02509902 |
| 2018-09-20 | $1,293,952,365 | $127,885,556 | $0.01968828 | $0.02133151 |

| | | | | |
|---|---|---|---|---|
| 2018-09-19 | $1,275,104,572 | $169,818,551 | $0.01939540 | $0.01968828 |
| 2018-09-18 | $1,214,725,075 | $149,476,262 | $0.01847244 | $0.01939540 |
| 2018-09-17 | $1,311,784,186 | $131,547,673 | $0.01995166 | $0.01847244 |
| 2018-09-16 | $1,305,966,262 | $149,466,615 | $0.01985520 | $0.01995166 |
| 2018-09-15 | $1,307,597,223 | $159,466,003 | $0.01981199 | $0.01985520 |
| 2018-09-14 | $1,320,991,100 | $164,657,402 | $0.02001805 | $0.01981199 |
| 2018-09-13 | $1,195,261,409 | $153,774,835 | $0.01819359 | $0.02001805 |
| 2018-09-12 | $1,217,727,717 | $140,295,668 | $0.01852014 | $0.01819359 |
| 2018-09-11 | $1,268,659,640 | $141,161,452 | $0.01931467 | $0.01852014 |
| 2018-09-10 | $1,275,731,226 | $163,886,983 | $0.01938316 | $0.01931467 |
| 2018-09-09 | $1,260,422,635 | $115,247,888 | $0.01917094 | $0.01938316 |
| 2018-09-08 | $1,349,268,302 | $158,287,603 | $0.02052118 | $0.01917094 |
| 2018-09-07 | $1,417,612,005 | $136,928,199 | $0.02159861 | $0.02052118 |
| 2018-09-06 | $1,437,244,248 | $146,061,002 | $0.02186962 | $0.02159861 |
| 2018-09-05 | $1,658,458,831 | $89,042,238 | $0.02522412 | $0.02186962 |
| 2018-09-04 | $1,646,550,201 | $92,037,393 | $0.02504394 | $0.02522412 |
| 2018-09-03 | $1,683,675,788 | $104,969,811 | $0.02557792 | $0.02504394 |
| 2018-09-02 | $1,752,512,494 | $109,715,984 | $0.02666882 | $0.02557792 |
| 2018-09-01 | $1,664,207,198 | $106,731,990 | $0.02530432 | $0.02666882 |
| 2018-08-31 | $1,628,752,155 | $119,638,455 | $0.02477370 | $0.02530432 |
| 2018-08-30 | $1,672,536,743 | $143,430,983 | $0.02544191 | $0.02477370 |
| 2018-08-29 | $1,769,595,648 | $172,150,652 | $0.02690775 | $0.02544191 |
| 2018-08-28 | $1,613,796,032 | $110,184,197 | $0.02459887 | $0.02690775 |
| 2018-08-27 | $1,496,936,783 | $98,736,548 | $0.02279112 | $0.02459887 |
| 2018-08-26 | $1,477,232,016 | $89,929,166 | $0.02247076 | $0.02279112 |
| 2018-08-25 | $1,418,507,721 | $91,259,422 | $0.02158435 | $0.02247076 |

| Date | | | | |
|---|---|---|---|---|
| 2018-08-24 | $1,363,765,298 | $84,341,793 | $0.02074532 | $0.02158435 |
| 2018-08-23 | $1,294,077,867 | $95,993,216 | $0.01968102 | $0.02074532 |
| 2018-08-22 | $1,383,066,817 | $100,172,260 | $0.02103050 | $0.01968102 |
| 2018-08-21 | $1,349,816,560 | $96,143,267 | $0.02053050 | $0.02103050 |
| 2018-08-20 | $1,461,363,809 | $98,945,315 | $0.02223694 | $0.02053050 |
| 2018-08-19 | $1,418,492,384 | $141,545,589 | $0.02159737 | $0.02223694 |
| 2018-08-18 | $1,526,017,080 | $160,619,270 | $0.02322820 | $0.02159737 |
| 2018-08-17 | $1,280,094,412 | $104,436,023 | $0.01946708 | $0.02322820 |
| 2018-08-16 | $1,276,171,153 | $136,200,722 | $0.01942682 | $0.01946708 |
| 2018-08-15 | $1,245,449,134 | $113,106,499 | $0.01894274 | $0.01942682 |
| 2018-08-14 | $1,274,267,247 | $126,006,674 | $0.01938105 | $0.01894274 |
| 2018-08-13 | $1,481,606,404 | $104,902,652 | $0.02253458 | $0.01938105 |
| 2018-08-12 | $1,475,467,098 | $123,378,620 | $0.02244121 | $0.02253458 |
| 2018-08-11 | $1,564,057,114 | $162,149,793 | $0.02378862 | $0.02244121 |
| 2018-08-10 | $1,701,618,527 | $146,368,374 | $0.02588087 | $0.02378862 |
| 2018-08-09 | $1,607,568,886 | $154,682,805 | $0.02445042 | $0.02588087 |
| 2018-08-08 | $1,825,797,689 | $124,044,640 | $0.02776958 | $0.02445042 |
| 2018-08-07 | $1,918,843,001 | $130,344,942 | $0.02918476 | $0.02776958 |
| 2018-08-06 | $1,993,206,098 | $135,010,721 | $0.03031579 | $0.02918476 |
| 2018-08-05 | $1,901,285,820 | $134,458,581 | $0.02891773 | $0.03031579 |
| 2018-08-04 | $2,008,442,876 | $165,593,375 | $0.03054754 | $0.02891773 |
| 2018-08-03 | $2,071,234,822 | $153,600,512 | $0.03150258 | $0.03054754 |
| 2018-08-02 | $2,148,012,593 | $148,301,931 | $0.03267033 | $0.03150258 |
| 2018-08-01 | $2,227,507,311 | $209,771,821 | $0.03387941 | $0.03267033 |
| 2018-07-31 | $2,402,097,960 | $219,165,795 | $0.03653486 | $0.03387941 |
| 2018-07-30 | $2,581,398,476 | $276,573,663 | $0.03926194 | $0.03653486 |

| Date | | | | |
|---|---|---|---|---|
| 2018-07-29 | $2,419,567,543 | $161,212,104 | $0.03680056 | $0.03926194 |
| 2018-07-28 | $2,397,107,997 | $197,247,050 | $0.03645896 | $0.03680056 |
| 2018-07-27 | $2,362,126,159 | $182,428,744 | $0.03592690 | $0.03645896 |
| 2018-07-26 | $2,436,765,742 | $217,725,410 | $0.03706214 | $0.03592690 |
| 2018-07-25 | $2,503,819,911 | $336,012,395 | $0.03808200 | $0.03706214 |
| 2018-07-24 | $2,246,778,623 | $190,245,567 | $0.03417252 | $0.03808200 |
| 2018-07-23 | $2,311,338,986 | $176,969,408 | $0.03515445 | $0.03417252 |
| 2018-07-22 | $2,337,952,591 | $196,749,761 | $0.03555924 | $0.03515445 |
| 2018-07-21 | $2,295,139,937 | $218,715,820 | $0.03490807 | $0.03555924 |
| 2018-07-20 | $2,488,435,797 | $251,118,329 | $0.03784802 | $0.03490807 |
| 2018-07-19 | $2,600,973,574 | $289,500,115 | $0.03955967 | $0.03784802 |
| 2018-07-18 | $2,603,352,669 | $226,073,771 | $0.03959585 | $0.03955967 |
| 2018-07-17 | $2,445,122,954 | $215,880,116 | $0.03718925 | $0.03959585 |
| 2018-07-16 | $2,267,279,180 | $160,740,954 | $0.03448432 | $0.03718925 |
| 2018-07-15 | $2,197,029,476 | $150,262,632 | $0.03341586 | $0.03448432 |
| 2018-07-14 | $2,185,200,673 | $162,718,385 | $0.03323595 | $0.03341586 |
| 2018-07-13 | $2,135,272,618 | $146,321,396 | $0.03247656 | $0.03323595 |
| 2018-07-12 | $2,219,068,164 | $129,131,123 | $0.03375106 | $0.03247656 |
| 2018-07-11 | $2,234,230,224 | $100,667,286 | $0.03398166 | $0.03375106 |
| 2018-07-10 | $2,363,894,673 | $95,314,258 | $0.03595380 | $0.03398166 |
| 2018-07-09 | $2,443,866,748 | $92,576,207 | $0.03717014 | $0.03595380 |
| 2018-07-08 | $2,491,112,354 | $88,065,890 | $0.03788873 | $0.03717014 |
| 2018-07-07 | $2,442,457,913 | $111,303,707 | $0.03714872 | $0.03788873 |
| 2018-07-06 | $2,490,769,642 | $134,448,273 | $0.03788352 | $0.03714872 |
| 2018-07-05 | $2,555,947,058 | $113,473,693 | $0.03887484 | $0.03788352 |
| 2018-07-04 | $2,556,375,128 | $163,162,984 | $0.03888135 | $0.03887484 |

| Date | | | | |
|---|---|---|---|---|
| 2018-07-03 | $2,598,860,422 | $154,507,692 | $0.03952753 | $0.03888135 |
| 2018-07-02 | $2,449,707,553 | $107,695,157 | $0.03725898 | $0.03952753 |
| 2018-07-01 | $2,525,496,191 | $180,811,433 | $0.03841169 | $0.03725898 |
| 2018-06-30 | $2,442,059,394 | $138,008,579 | $0.03714265 | $0.03841169 |
| 2018-06-29 | $2,425,381,170 | $97,477,404 | $0.03688899 | $0.03714265 |
| 2018-06-28 | $2,568,800,367 | $96,262,017 | $0.03907033 | $0.03688899 |
| 2018-06-27 | $2,522,998,320 | $85,125,833 | $0.03837370 | $0.03907033 |
| 2018-06-26 | $2,774,304,739 | $135,600,901 | $0.04219596 | $0.03837370 |
| 2018-06-25 | $2,784,171,330 | $229,969,638 | $0.04234603 | $0.04219596 |
| 2018-06-24 | $2,912,742,886 | $148,414,660 | $0.04430154 | $0.04234603 |
| 2018-06-23 | $2,853,330,902 | $226,336,515 | $0.04339791 | $0.04430154 |
| 2018-06-22 | $3,184,277,894 | $197,357,531 | $0.04843147 | $0.04339791 |
| 2018-06-21 | $3,236,925,634 | $387,358,638 | $0.04923222 | $0.04843147 |
| 2018-06-20 | $3,240,471,303 | $349,035,948 | $0.04928615 | $0.04923222 |
| 2018-06-19 | $2,960,332,813 | $164,038,537 | $0.04502537 | $0.04928615 |
| 2018-06-18 | $2,783,571,529 | $103,068,446 | $0.04233690 | $0.04502537 |
| 2018-06-17 | $2,828,992,870 | $126,208,660 | $0.04302774 | $0.04233690 |
| 2018-06-16 | $2,794,476,651 | $196,037,937 | $0.04250277 | $0.04302774 |
| 2018-06-15 | $2,979,482,778 | $281,934,582 | $0.04531663 | $0.04250277 |
| 2018-06-14 | $2,730,940,917 | $242,180,840 | $0.04153642 | $0.04531663 |
| 2018-06-13 | $2,895,895,120 | $193,931,372 | $0.04404530 | $0.04153642 |
| 2018-06-12 | $3,198,351,507 | $248,732,237 | $0.04864553 | $0.04404530 |
| 2018-06-11 | $3,154,989,180 | $332,564,215 | $0.04798600 | $0.04864553 |
| 2018-06-10 | $3,728,579,885 | $175,333,460 | $0.056710 | $0.04798600 |
| 2018-06-09 | $3,764,514,023 | $168,318,101 | $0.057257 | $0.056710 |
| 2018-06-08 | $3,845,346,059 | $156,963,079 | $0.058486 | $0.057257 |

| 2018-06-07 | $3,890,008,039 | $184,602,378 | $0.059165 | $0.058486 |
| 2018-06-06 | $3,966,820,614 | $209,239,884 | $0.060334 | $0.059165 |
| 2018-06-05 | $3,875,616,586 | $211,713,979 | $0.058946 | $0.060334 |
| 2018-06-04 | $4,054,522,923 | $246,620,500 | $0.061668 | $0.058946 |
| 2018-06-03 | $3,998,698,530 | $292,737,105 | $0.060818 | $0.061668 |
| 2018-06-02 | $3,863,106,719 | $264,877,508 | $0.058756 | $0.060818 |
| 2018-06-01 | $3,976,994,280 | $366,144,732 | $0.060488 | $0.058756 |
| 2018-05-31 | $4,099,415,717 | $461,803,768 | $0.062350 | $0.060488 |
| 2018-05-30 | $4,271,836,455 | $571,298,693 | $0.064973 | $0.062350 |
| 2018-05-29 | $3,989,098,371 | $482,116,210 | $0.060672 | $0.064973 |
| 2018-05-28 | $4,639,500,102 | $309,647,374 | $0.070565 | $0.060672 |
| 2018-05-27 | $4,796,996,330 | $335,087,321 | $0.072960 | $0.070565 |
| 2018-05-26 | $4,681,736,446 | $300,673,324 | $0.071207 | $0.072960 |
| 2018-05-25 | $4,792,582,477 | $590,563,565 | $0.072893 | $0.071207 |
| 2018-05-24 | $4,606,649,007 | $615,907,602 | $0.070065 | $0.072893 |
| 2018-05-23 | $4,920,379,287 | $499,317,916 | $0.074837 | $0.070065 |
| 2018-05-22 | $5,404,629,720 | $815,479,883 | $0.082202 | $0.074837 |
| 2018-05-21 | $5,053,603,018 | $477,982,920 | $0.076863 | $0.082202 |
| 2018-05-20 | $4,525,304,312 | $206,363,326 | $0.068828 | $0.076863 |
| 2018-05-19 | $4,560,460,623 | $265,908,142 | $0.069363 | $0.068828 |
| 2018-05-18 | $4,428,573,527 | $306,540,308 | $0.067357 | $0.069363 |
| 2018-05-17 | $4,724,045,453 | $500,948,608 | $0.071851 | $0.067357 |
| 2018-05-16 | $4,490,948,327 | $286,447,407 | $0.068305 | $0.071851 |
| 2018-05-15 | $4,786,760,346 | $464,356,004 | $0.072805 | $0.068305 |
| 2018-05-14 | $4,978,901,476 | $607,293,429 | $0.075727 | $0.072805 |
| 2018-05-13 | $4,529,152,556 | $625,415,452 | $0.068886 | $0.075727 |

| 2018-05-12 | $4,345,572,558 | $832,749,531 | $0.066094 | $0.068886 |
| 2018-05-11 | $4,826,038,895 | $341,843,489 | $0.073402 | $0.066094 |
| 2018-05-10 | $5,294,109,389 | $356,588,535 | $0.080521 | $0.073402 |
| 2018-05-09 | $5,439,596,457 | $373,785,702 | $0.082734 | $0.080521 |
| 2018-05-08 | $5,461,069,519 | $416,111,260 | $0.083060 | $0.082734 |
| 2018-05-07 | $5,573,224,829 | $395,740,489 | $0.084766 | $0.083060 |
| 2018-05-06 | $5,700,938,378 | $478,414,783 | $0.086709 | $0.084766 |
| 2018-05-05 | $5,692,992,838 | $743,562,142 | $0.086588 | $0.086709 |
| 2018-05-04 | $5,769,144,397 | $274,438,065 | $0.087746 | $0.086588 |
| 2018-05-03 | $5,961,048,887 | $404,665,497 | $0.090665 | $0.087746 |
| 2018-05-02 | $6,081,067,686 | $1,056,291,426 | $0.092490 | $0.090665 |
| 2018-05-01 | $6,145,853,033 | $1,768,978,578 | $0.093476 | $0.092490 |
| 2018-04-30 | $5,837,927,728 | $1,168,723,821 | $0.088792 | $0.093476 |
| 2018-04-29 | $5,350,414,796 | $731,800,801 | $0.081377 | $0.088792 |
| 2018-04-28 | $4,875,187,535 | $728,964,925 | $0.074149 | $0.081377 |
| 2018-04-27 | $4,856,330,416 | $776,021,938 | $0.073863 | $0.074149 |
| 2018-04-26 | $4,595,792,885 | $2,167,971,115 | $0.069900 | $0.073863 |
| 2018-04-25 | $4,810,415,688 | $1,620,156,485 | $0.073164 | $0.069900 |
| 2018-04-24 | $3,828,733,004 | $498,590,625 | $0.058233 | $0.073164 |
| 2018-04-23 | $3,440,136,163 | $329,051,125 | $0.052323 | $0.058233 |
| 2018-04-22 | $3,523,226,112 | $728,400,498 | $0.053587 | $0.052323 |
| 2018-04-21 | $3,458,852,392 | $445,614,315 | $0.052608 | $0.053587 |
| 2018-04-20 | $3,245,288,670 | $595,728,251 | $0.04935942 | $0.052608 |
| 2018-04-19 | $3,101,726,594 | $489,656,504 | $0.04717590 | $0.04935942 |
| 2018-04-18 | $2,761,686,000 | $366,803,023 | $0.04200404 | $0.04717590 |

Want data in another currency? **Use our API**

## CoinGecko Cryptocurrency Data API

Proudly powering over thousands of industry builders worldwide with accurate, live & independent data









Get Started for FREE

 
Swap at your price. On your terms. Limit Orders now live on Uniswap. Start sw

 CoinGecko

CoinGecko provides a fundamental analysis of the crypto market. In addition to tracking price, volume and market capitalisation, CoinGecko tracks community growth, open-source code development, major events and on-chain metrics.

Resources ＋

Donations ＋

Support ＋

About CoinGecko ＋

Community ＋

**Interested to stay up-to-date with cryptocurrencies?**

Get the latest crypto news, updates, and reports by subscribing to our free newsletter.

Enter Your Email

Subscribe

© 2024 CoinGecko. All Rights Reserved.

 

**IMPORTANT DISCLAIMER:** All content provided herein our website, hyperlinked sites, associated applications, forums, blogs, social media accounts and other platforms ("Site") is for your general information only, procured from third party sources. We make no warranties of any kind in relation to our content, including but not limited to accuracy and updatedness. No part of the content that we provide constitutes financial advice, legal advice or any other form of advice meant for your specific reliance for any purpose. Any use or reliance on our content is solely at your own risk and discretion. You should conduct your own research, review, analyse and verify our content before relying on them. Trading is a highly risky activity that can lead to major losses, please therefore consult your financial advisor before making any decision. No content on our Site is meant to be a solicitation or offer.