# Exhibit 3

📊 **Now LIVE:** **RWA Report 2024**                    ✕

 **CoinGecko**                    Use App

🔍 **Search**

Market Cap: **$2.786T**  🔻 **0.3%**      24h Vol: **$124.828B**      Dominance: **BTC 49.6%  ETH 15.5%**      ♦ Gas: **18 GW**



Cryptocurrencies    >    Tether Price    >    Historical Data

# Tether USD (Historical Data)

**7d**    **14d**    **1m**    **3m**    **YTD**    **1y**    📅

| Date | Market Cap | Volume | Open | Close |
|------|-----------|--------|------|-------|
| 2018-10-01 | $2,787,146,948 | $139,339,764 | $0.999919 | $0.999014 |

Want data in another currency? **Use our API**

## CoinGecko Cryptocurrency Data API

Proudly powering over thousands of industry builders worldwide with accurate, live & independent data

    

    



Get Started for FREE

**ABA** Access insurance programs and finance offers for ABA Members.    JOIN NOW

 CoinGecko

CoinGecko provides a fundamental analysis of the crypto market. In addition to tracking price, volume and market capitalisation, CoinGecko tracks community growth, open-source code development, major events and on-chain metrics.

Resources                                        +

Donations                                        +

Support                                          +

About CoinGecko                                  +

Community                                        +

### Interested to stay up-to-date with cryptocurrencies?

Get the latest crypto news, updates, and reports by subscribing to our free newsletter.

Enter Your Email

Subscribe

© 2024 CoinGecko. All Rights Reserved.

 

**IMPORTANT DISCLAIMER:** All content provided herein our website, hyperlinked sites, associated applications, forums, blogs, social media accounts and other platforms ("Site") is for your general information only, procured from third party sources. We make no warranties of any kind in relation to our content, including but not limited to accuracy and updatedness. No part of the content that we provide constitutes financial advice, legal advice or any other form of advice meant for your specific

reliance for any purpose. Any use or reliance on our content is solely at your own risk and discretion. You should conduct your own research, review, analyse and verify our content before relying on them. Trading is a highly risky activity that can lead to major losses, please therefore consult your financial advisor before making any decision. No content on our Site is meant to be a solicitation or offer.