# Exhibit 5



## Tron (TRX)
CURRENT PRICE
$0.112095 +0.62%

## Network

## Transaction Stats

ITB measures the number and volume of on-chain transactions in a given period.

### Number of Transactions

7d  1m  3m  6m  1y  YTD  Custom  **All**

● Number Of Transactions    ● Price

|  | 7-Day Average | 7-Day High | 7-Day Low |
|---|---|---|---|
|  | 6.32m txs | 6.66m txs May 22 2024 | 5.63m txs May 26 2024 |

### Transaction Count by Size

7d  1m  3m  6m  1y  YTD  Custom  **All**    Amount | Percentage

● $0.00 - $1.00   ● $1.00 - $10.00   ● $10.00 - $100.00   ● $100.00 - $1k   ● $1k - $10k   ● $10k - $100k   ● $100k - $1m   ● $1m - $10m   ● > $

30-Day Change

| $0.00 - $1.00 | $1.00 - $10.00 | $10.00 - $100.00 | $100.00 - $1k | $1k - $10k | $10k - $100k | $100k - $1m | $1m - $10m | > $10m |
|---|---|---|---|---|---|---|---|---|
| +16.57% | -7.76% | -1.86% | +11.85% | -34.45% | +6.21% | -17.27% | -59.26% | -- |

## Transactions Volume ❓

7d  1m  3m  6m  1y  YTD  Custom  All

● Total Volume  ● Price

| 7-Day Average | 7-Day High | 7-Day Low |
|---|---|---|
| 1.58b TRX | 2.1b TRX May 23 2024 | 1.31b TRX May 26 2024 |

## Transactions Volume in USD ❓

7d  1m  3m  6m  1y  YTD  Custom  All

● Total Volume  ● Price

| 7-Day Average | 7-Day High | 7-Day Low |
|---|---|---|
| $181.23m | $245.82m May 23 2024 | $148.43m May 26 2024 |

## Transaction Volume in USD by Size ❓

Case 1:23-cv-02433-ER    Document 83-5    Filed 05/30/24



## About these indicators

The Transaction Stats series of indicators focus on the level of transactive activity occuring for a crypto-asset. Based on this, users will be

**IntoTheBlock Market Intelligence**

Home

Perspectives

General DeFi Insights

Capital Markets Insights

NFTs Analytics

Predictions

Resources

**About**

IntoTheBlock Website

Market Intelligence

DeFi Risk Radar

DeFi Smart Yields

Partnerships

About Us

**Support**

Frequently Asked Questions

Privacy Policy

Terms of use

Disclaimer

**Contact Us**

info@intotheblock.io

© 2024 IntoTheBlock, All Rights Reserved