# Exhibit 6

Open in app ↗                                    Sign up    Sign In

Search Medium

Published in **TRON**

TRON DAO   Follow

Mar 7, 2018 · 3 min read · ▶ Listen

△⁺ Save    🐦    f    in    🔗

# 4 Reasons to Invest in Tron, Before the Main Net Launch 【TRON essay competition】

By Paul Deniero



The founder of Tron, Justin Sun, has announced that the first beta version of the Tron Main Chain will be launched on M_____, called Exodus, will be the start

👏 344   |   💬   |

of Tron's own blockchain platform (or main net) and will come with many benefits that will make the TRX cryptocurrency much more useful and valuable.

When the main net launches, Tron will no longer be limited by the Ethereum network which it currently relies on. On its own blockchain, the Tron network will be able to expand its capabilities massively. Here are the top 4 reasons why the Exodus update will boost the value of TRX — a.k.a why you should invest now, while you still can.

## 1. Ridiculously cheap transactions

On the main network, Tron transactions will be practically free. Tron Labs have stated that the network will support ultra-low transfer fees of a millionth of a TRX. At current prices of about 5 cents per TRX, that's 0.000005 cents per transaction — you could make 200,000 transactions for 1 cent.

The average transactions fees for Ethereum and Bitcoin are currently $1 and $5 respectively. Tron will blow these fees out of the water, making it an attractive way to send money, as well as a competitive alternative to Ethereum for hosting custom blockchain-based projects.

## 2. Huge transaction volumes

The Tron network will be able to scale massively once it is not dependent on the Ethereum blockchain. The Tron blockchain will be able to handle more than 1000 transactions per second (TPS), compared to Ethereum and Bitcoin who respectively handle 15 and 7 TPS currently.

Tron will therefore go from being limited to 15 TPS, shared between all tokens on the Ethereum network, to being capable of over 1000 TPS by itself. Again, this will make Tron astronomically more appealing to businesses looking to create fast and seamless blockchain-based solutions.

## 3. Custom smart contract support

The new Tron main net will support custom smart contracts written in languages such as Java. These smart contracts will therefore allow for programs to be hosted on the

Tron network which will benefit from being decentralized, lightweight, fast, and highly scalable.

Tron already has a number of decentralized applications (DApps) lined up for release, but this amount is sure to increase once the main network comes out and businesses see what it's capable of.

**4. Integration of current partners into the Tron network**

Once the Tron blockchain is launched, Tron will be able to start building applications and issuing tokens for their current partners. For example, Tron will be issuing oCoins on the Tron network for their partner oBike. Once these partnerships have been fully integrated into the new network, there will be many more uses for TRX; the trading volume and amount of customers will rapidly increase.

Once businesses see the success of Tron partners, more will join the Tron network and cause further growth.

If you're considering investing in TRX, now is one of the best times to do it. The recent Bitcoin dip has caused many altcoins, Tron included, to drop in price. Buying TRX now, while its cheap, could lead to serious returns after the Tron Main Net launches and investors rush to fill their bags. If you're new to investing, or don't know where to buy TRX, you can follow this guide for investing in cryptocurrencies.

Official Website: tron.network
Twitter: @Tronfoundation @justinsuntron
Facebook: https://www.facebook.com/tronfoundation
Slack: https://tronfoundation.slack.com
Reddit: https://www.reddit.com/user/Tron-Official
Telegram Official Main Group: https://t.me/tronnetworkEN
Telegram Korean Main Group: https://t.me/tronnetworkKR

Blockchain     Cryptocurrency     Technology     Tron     Troncommunity

