# Exhibit 7

波场[TRON]

The Wayback Machine - https://web.archive.org/web/20170901043100/https://tronlab.com/



TRON    国内站点

ICO    波场简介    白皮书    合作伙伴    联系方式    登录｜注册    ENG

使用瑞

▶ 参加我们的ICO    我的ICO计划    验证码购买

由于区块链结算的时间差，ICO进度展示可能产生延迟

本次ICO共募集价值15000BTC的虚拟货币

ICO已完成0%

参加ICO

**波场［TRON］**

波场TRON是基于区块链的开源去中心化内容娱乐协议，波场TRON致力于利用区块链与分布式存储技术，构建一个全球范围内的自由内容娱乐体系，这个协议可以让每个用户自由发布，存储，拥有数据，并通过去中心化的自治形式，以数字资产发行，流通，交易方式决定内容的分发、订阅、推送，赋能内容创造者，形成去中心化的内容娱乐生态。拥有数千万用户的陪我APP将在未来成为首个兼容波场TRON协议的内容娱乐应用，届时波场TRON也将成为首个用户突破一千万的智能合约区块链协议。

媒体报道





价值观

在设计波场（TRON）之初，如下核心价值观被贯彻始终



TRON

国内站点



ICO　　波场简介　　白皮书　　合作伙伴　　联系方式　　登录 | 注册　　ENG

使用瑞

1.数据产生者（……）对于数据的根本所有权，互联网应当以去中心化的形态存在。这一逻辑在互联网诞生之初，由Tim Berners-Lee博士提出，是互联网最初诞生的初心。

2.每个为波场生态做出贡献的人，都将按照规则获得按比例的收益。价值网络的最大优势，在于能够将社交与媒体网络中的一点一滴数字资产化。

3.所有形式的贡献都应具有同等的量化价值。例如，参与者投入的时间，制作优秀内容，注意力本质来说与提供资本具有同等衡量价值。

4.波场生态的根本目的是服务于大众。波场是由非盈利基金会所运行的生态，其目标是创造于服务全球享受内容娱乐的大众，而并非创造利润。波场的所有参与者将会受益于波场生态本身的繁荣。

5.内容应当产生于人，而非资本，资本应用于奖励人，而非控制人。例如文创产业的核心推动力应当是对于艺术，内容本身质量的追求，需求应来自于内容创作者，艺术家，编剧，而非本身并不消费内容的资本家。



特点

TRON（波场）作为去中心化的内容协议，与中心化的互联网结构相比，具有以下四个基本特点



数据自由：自由而不受控制的上传、存储并传播包括文字、图片、音频和视频在内的内容



内容赋能：通过内容的贡献和传播获得应有的数字资产收益，经济激励赋能内容生态



个人ICO：个人可以自由的通过ICO形式发行数字资产，他人则可以通过购买数字资产享受数据贡献者不断发展所带来的利益与服务。



基础设施：分布式的数字资产则会匹配一整套完整的去中心化基础设施，包括分布式交易所，自治性博弈，预测，游戏系统。

 **TRON**   国内站点      ICO    波场简介    白皮书    合作伙伴    联系方式    登录｜注册    ENG

使用瑞

### 波场TRON的官方货币是波场币TRONIX

波场币TRONIX 是 TRON 区块链上帐户的基本单位。所有其他代币的价值均从 TRON 价值衍生出来，波场币也是所有TRON20 Token 的天然桥梁货币。

波场权TRON Power（TP）：TP是锁定的TRON，用户可以将自身的TRONIX锁定来获得TP。TP本质是具有投票权的TRONIX，意味着拥有TRON POWER的持有者有更高生态权限。

TRON20 Token：内容主体(IP，个人，团体)可以自由的通过 TRON20 标准发行数字资产，他人则可以通过购买数字资产享受内容主体不断发展所带来的利益与服务。



TRX（Tronix）



实现路径



第三阶段: Great Voyage伟大航程

波场（TRON）基于区块链的优势，解决了收益衡量、红利发放和支持者管理三大难题，实现了从"粉丝经济"向"粉丝金融"的重大转变，波场（TRON）基于区块链以波场币（TRX）为官方代币的自治经济体系使得个人内容生产者在体系内的每一笔收入和支出都公开、透明且不可篡改，通过智能合约，支持者们可以自动参与内容生产者的数字资产购买并按照约定自动共享红利成长，不需要任何第三方进行监督即可公正地完成全部流程。

CEO及管理团队



 **TRON**  国内站点



中文白皮书下载    英文白皮书下载

ICO    波场简介    白皮书    合作伙伴    联系方式    登录 ｜ 注册    ENG

使用瑞

## 首轮私募投资人



**吴忌寒**

比特大陆CEO。



**周硕基**

FBG资本创始合伙人，数字货币交易专家。



**吴钢**

币信CEO。



**徐义吉**

Nebulas & ico365创始人，中国ICO第一人，前蚂蚁金服区块链平台部负责人。



**唐彬森**

智明星通创始人，《列王的纷争》游戏创始人，列王的纷争全球月活数千万。

## 合作伙伴



中国互联网金融协会



陪我APP



F2Pool鱼池



FBG资本

## 联系方式

    国内站点  ICO  波场[TRON]

登录 | 注册     ENG

使用瑞

孙宇晨微信          QQ群组          微信客服

Copyright©2017-2018 TRON Foundation

TRON     国内站点          ICO          登录 | 注册     ENG