# Exhibit 8



**Bittrex** ✔
@BittrexExchange

Starting now, $TRX is available for trading on the #BittrexExchange.

3:22 PM · Mar 1, 2018

**1,331** Retweets   **308** Quotes   **3,354** Likes   **4** Bookmarks