# Exhibit 9

3/28/24, 11:47 AM
Case 1:23-cv-02433-ER   Document 63-9   Filed 05/30/24   Page 2 of 5
92424664154.355837 TRX ERC20 tokens were burnt by TRON Foundation | by TRON DAO | TRON | Medium

# 92424664154.355837 TRX ERC20 tokens were burnt by TRON Foundation

**TRON DAO** · Follow

Published in TRON · 2 min read · Jul 17, 2018

617      1



Following the official launch of TRON's public blockchain mainnet on June 25, 2018(UTC+8), the TRON Foundation has been actively pushing the mainnet upgrade and the token migration. Currently, we have about 20 exchanges and wallets that have completed the token migration, including OKEx, Cobo Wallet, Huobipro, Binance, Bitfinex, Coinnest, Bit-Z, Cryptopia, HitBTC, Koinex, and MAX. These exchanges have also resumed their recharge and withdrawal services and recycled their ERC20 Tokens for TRON to process. In terms of the recycling progress, the TRON Foundation has burned 3 batches of ERC20 Tokens.

First batch: 2018–06–30 12:06:09 PM +UTC
ERC20 Coin Burn of 49,490,749,752.120578 TRX, transaction record:

https://etherscan.io/tx/0xe9adbe7e538ccf9f9d4ede8cc4200581dac13197673
8d3bbf0eb90700cd8a2b6



Second batch: 2018−07−13 05:00:24 AM +UTC

ERC20 Coin Burn of 8,277,069,772.160253 TRX, transaction record:
https://etherscan.io/tx/0x3d59a45227d8e3dad205ca1bbd5db484153fa2198
40e8f3c793fd0b6e8caeefa



Third batch: 2018–07–17 03:53:52 AM +UTC

ERC20 Coin Burn of 404,956,275.175006 TRX, transaction record:
https://etherscan.io/tx/0x6f2f808b0d29b152f23638ffe36bc53fdb1c96fc1157
0956b89471b1719e6dcb



With the 34.2 billion TRX burned and locked by the TRON Foundation previously, there are a total of 92424664154.355837 ERC20 Tokens burnt, accounting for 92.42% of the issued total, 100 billion TRX.

Currently, the TRON Mainnet is functioning stably with 340 global nodes and a block height of 639225, with less than 20 days into the mainnet launch.

As of 15:00, July 17, 2018, SGT, the token migration is still taking place in a quick and orderly fashion. The TRON Foundation will make timely announcements as the coin burn goes. We hereby call on all supporters and believers to witness and supervise this process with us.



617    1



## Written by TRON DAO

24K Followers · Editor for TRON

The official Medium of TRON DAO.