# Exhibit 12

**H.E. Justin Sun 孙宇晨** ✓ 🔴 @justinsuntron · Feb 15, 2021    ···

There have been rumors lately of third party celebrities being paid to promote #TRON. #TRON Foundation is not involved in these activities. Nor is the foundation aware of the actors behind this.

💬 428          🔁 578          ♡ 1.9K          ᵢₗᵢ          🔖 ⬆

**H.E. Justin Sun 孙宇晨** ✓ 🔴 @justinsuntron · Feb 15, 2021    ···

#TRON is used across a variety of networks and communities, many of which includes celebrities and well-known figures. Many of them have used #TRON by themselves due to its fast speed and low cost.

💬 18          🔁 27          ♡ 204          ᵢₗᵢ          🔖 ⬆

**H.E. Justin Sun 孙宇晨** ✓ 🔴 @justinsuntron · Feb 15, 2021    ···

#TRON Foundation believes that transparency is key. If any celebrities are paid to promote TRON, we require them to disclose.

💬 20          🔁 33          ♡ 223          ᵢₗᵢ          🔖 ⬆

**H.E. Justin Sun 孙宇晨** ✓ 🔴 @justinsuntron · Feb 15, 2021    ···

In fact, we believe that all influencers who are shaping public and community opinions about public blockchain networks should publicly disclose if they are being paid.

💬 25          🔁 25          ♡ 213          ᵢₗᵢ          🔖 ⬆

**H.E. Justin Sun 孙宇晨** ✓ 🔴    ···
@justinsuntron

Several celebrities have tweeted about #Tron lately, citing its FAST speed and LOW transaction fees. I offered them #TRX #WIN to try out more features on #TRON just like I have also given #BTC ₿ and other cryptocurrencies to many other celebrities to introduce them to blockchain.

9:33 PM · Feb 15, 2021

💬 84          🔁 305          ♡ 1.3K          🔖          ⬆