

555 California Street  
12th Floor  
San Francisco, CA 94104

415.875.2300  
Fenwick.com

Jennifer Bretan  
jbretan@fenwick.com | 415.875.2412

July 22, 2024

**VIA ECF**

Hon. Edgardo Ramos  
United States District Judge  
Thurgood Marshall United States Courthouse  
40 Foley Square, Courtroom 619  
New York, NY 10007

    Re:    <u>SEC v. Sun, et al.</u>, Case No. 1:23-cv-2433-ER (S.D.N.Y)

Dear Judge Ramos:

We write to request a slight adjustment to the motion to dismiss briefing schedule.

By letter submission on May 2, 2024, the parties previously agreed to a briefing schedule and page limits in connection with the motion to dismiss the amended complaint. Pursuant to that schedule, the motion to dismiss was filed May 30, 2024, and the opposition brief was filed June 28, 2024.

The current schedule to file the reply brief is July 26, 2024. Due to illness, counsel for defendants Tron Foundation Limited, BitTorrent Foundation Ltd., Justin Sun, and Rainberry, Inc. requested a brief extension of the reply deadline, to July 31, 2024, to which the SEC has agreed.

                                Sincerely,

                                FENWICK & WEST LLP

                                <u>/s/ Jennifer Bretan</u>  
                                Jennifer Bretan

cc:    All Counsel of Record (Via ECF)