

555 California Street  
12th Floor  
San Francisco, CA 94104

415.875.2300  
Fenwick.com

Jennifer C. Bretan  
jbretan@fenwick.com  |  415.875.2412

July 31, 2024

**VIA ECF**

Hon. Edgardo Ramos  
United States District Court  
Southern District of New York  
Thurgood Marshall United States Courthouse  
40 Foley Square, Courtroom 619  
New York, NY 10007

    Re:    <u>SEC v. Sun, et al.</u>, Case No. 1:23-cv-2433-ER (S.D.N.Y)

Dear Judge Ramos:

We represent defendants Tron Foundation Limited, BitTorrent Foundation Ltd., Justin Sun, and Rainberry, Inc. (collectively, "Defendants"). We write pursuant to Your Honor's Individual Practice Rule 2.D to respectfully request oral argument on Defendants' Motion to Dismiss the Amended Complaint. We believe oral argument will aid the Court in resolving the issues raised in the pending motion.

                        Sincerely,

                        FENWICK & WEST LLP

                        <u>/s/ Jennifer C. Bretan</u>

                        Jennifer C. Bretan