

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 F Street, NE
Washington, DC 20549

DIVISION OF
ENFORCEMENT

Timothy K. Halloran
Senior Trial Counsel
Tel: 202-551-4414
Email: hallorant@sec.gov

August 2, 2024

**VIA ECF**

The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    Re:    *SEC v. Sun, et al.*, Case No. 1:23-cv-02433-ER (S.D.N.Y.)

Dear Judge Ramos:

    Plaintiff Securities and Exchange Commission ("SEC") respectfully submits this response to Defendants' letter motion (ECF No. 68) requesting oral argument on their Motion to Dismiss the Amended Complaint. In our view, Defendants' Motion to Dismiss should be denied for the reasons set forth in the SEC's Opposition (ECF No. 64). But if oral argument would assist the Court, we would be happy to participate.

                            Respectfully submitted,

                            /s/ Timothy K. Halloran
                            Timothy K. Halloran

cc:    Counsel of Record (via ECF)