

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 F Street, NE
Washington, DC 20549

DIVISION OF
ENFORCEMENT

Timothy K. Halloran
Senior Trial Counsel
Tel: 202-551-4414
Email: hallorant@sec.gov

February 12, 2025

**VIA ECF**

The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

  Re: *SEC v. Sun*, *et al.*, Case No. 1:23-cv-02433-ER (S.D.N.Y.)

Dear Judge Ramos:

  I am leaving employment with Plaintiff Securities and Exchange Commission ("SEC"). Accordingly, I respectfully request that you order the Clerk of Court to terminate my appearance in the above-captioned case. The SEC continues to be represented in this action by its other counsel who entered an appearance.

       Respectfully submitted,

       /s/ Timothy K. Halloran
       Timothy K. Halloran

cc: Counsel of Record (via ECF)