April 28, 2025

**BY ECF**

The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY  10007

Re:     *SEC v. Sun*, *et al.*, Case No. 1:23-cv-02433-ER (S.D.N.Y.)

Dear Judge Ramos:

Plaintiff Securities and Exchange Commission and Defendants Justin Sun, Tron Foundation Limited, BitTorrent Foundation Ltd., and Rainberry, Inc. (collectively, the "Parties") jointly submit this status report and update pursuant to the Court's entry of a stay in this matter.

Discussions about a final resolution of this matter remain ongoing.  Accordingly, the Parties continue to believe that a stay is warranted.

The Parties will submit another joint status report within 60 days of this filing.


Respectfully submitted,


/s/ Adam B. Gottlieb            /s/ Jennifer Bretan
Adam B. Gottlieb               Jennifer Bretan

Counsel for Plaintiff          Fenwick & West LLP
Securities and Exchange Commission   Counsel for Defendants Justin Sun,
                               Tron Foundation Limited,
                               BitTorrent Foundation Ltd., and
                               Rainberry, Inc