October 24, 2025


**BY ECF**

The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY  10007


Re:    *SEC v. Sun*, *et al.*, Case No. 1:23-cv-02433-ER (S.D.N.Y.)


Dear Judge Ramos:

Plaintiff Securities and Exchange Commission and Defendants Justin Sun, Tron Foundation Limited, BitTorrent Foundation Ltd., and Rainberry, Inc. (collectively, the "Parties") jointly submit this status report and update pursuant to the Court's entry of a stay in this matter.

Discussions about a final resolution of this matter remained ongoing through September 2025. Due to a lapse in appropriations, the SEC shut down as of October 1, 2025.  Since that date, the SEC attorneys assigned to this matter have been furloughed and prohibited from working.  The Parties expect to resume discussions regarding a final resolution of this matter after the shutdown ends. Accordingly, the Parties believe that a stay continues to be warranted.

The Parties will submit another joint status report within 60 days after the shutdown ends.

Respectfully submitted,


/s/ Adam B. Gottlieb          /s/ Jennifer Bretan
Adam B. Gottlieb             Jennifer Bretan


Counsel for Plaintiff          Fenwick & West LLP
Securities and Exchange Commission    Counsel for Defendants Justin Sun,
                      Tron Foundation Limited,
                      BitTorrent Foundation Ltd., and
                      Rainberry, Inc.