# MEMO ENDORSED

January 12, 2026

The application is __x__ granted
___ denied

_____
Edgardo Ramos, U.S.D.J
Dated: January 13, 2026
New York, New York

**BY ECF**

The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: *SEC v. Sun, et al.*, Case No. 1:23-cv-02433-ER (S.D.N.Y.)

Dear Judge Ramos:

Plaintiff Securities and Exchange Commission and Defendants Justin Sun, Tron Foundation Limited, BitTorrent Foundation Ltd., and Rainberry, Inc. (collectively, the "Parties") jointly submit this status report and update pursuant to the Court's entry of a stay in this matter.

The Parties resumed discussions regarding a final resolution of this matter in November 2025 following the appropriation of funding and the resumption of normal Commission operations. Such discussions remain ongoing. Accordingly, the Parties believe that a stay continues to be warranted.

The Parties will submit another joint status report within 60 days of this filing.

Respectfully submitted,

/s/ Adam B. Gottlieb
Adam B. Gottlieb

Counsel for Plaintiff
Securities and Exchange Commission

/s/ Jennifer Bretan
Jennifer Bretan

Fenwick & West LLP
Counsel for Defendants Justin Sun,
Tron Foundation Limited,
BitTorrent Foundation Ltd., and
Rainberry, Inc.