UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>             Plaintiff,<br><br>     v.<br><br>JUSTIN SUN, TRON FOUNDATION LIMITED, BITTORRENT FOUNDATION LTD., RAINBERRY, INC., AUSTIN MAHONE, and DEANDRE CORTEZ WAY,<br><br>             Defendants. | Case No. 23-cv-02433-ER<br><br>**NOTICE OF APPEARANCE OF BRADLEY J. BONDI** |

**TO THE CLERK OF COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Bradley J. Bondi of Paul Hastings LLP is admitted to practice in this Court and hereby submits this notice of appearance of counsel for Defendants Justin Sun, Tron Foundation Limited, BitTorrent Foundation, Ltd. and Rainberry, Inc.

For purpose of receipt of notice of electronic filing, counsel's email address is as follows:

bradbondi@paulhastings.com

EA-bondi@paulhastings.com

For other purposes, contact information for counsel is set forth below.  Defendants Justin Sun, Tron Foundation Limited, BitTorrent Foundation Ltd., and Rainberry Inc. request that Mr. Bondi be included on the Court's and parties' service lists.

Dated: February 15, 2026

                                                  Respectfully Submitted,

                                                  PAUL HASTINGS LLP

                                                  By:    */s/ Bradley J. Bondi*
                                                            Bradley J. Bondi
                                                            200 Park Avenue
                                                            New York, NY 10166
                                                            Telephone: (212) 318-6000
                                                            bradbondi@paulhastings.com

*Attorney for Justin Sun, Tron Foundation Limited, BitTorrent Foundation Ltd., and Rainberry, Inc.*