

U.S. Securities and Exchange Commission

Home / About / Divisions and Offices / Office of Financial Management

# Office of Financial Management

Administers the SEC's budget functions and ensures proper and effective use of the agency's financial resources.

## About

The Office of Financial Management administers the financial management and budget functions of the SEC.

The Office assists the Chief Operating Officer in formulating budget and authorization requests, monitors the utilization of agency resources, and develops, oversees, and maintains SEC financial systems.

These activities include cash management, accounting, fee collections, travel policy development, and oversight and budget justification and execution.



 (/about/division-office-directors/caryn-kauffman )

**Caryn Kauffman**  (/about/division-office-directors/caryn-kauffman )

Chief Financial Officer

**How to Pay the SEC** (https://www.sec.gov/payment options)

Payment options for those who owe money to the SEC such as filing fee registrants, enforcement debtors, and others.

→

**Contact the Office**

 202-551-7840



(https://www.sec.gov/files/sec-2025-agency-financial-report.pdf)

**Agency Financial Report for 2025**